**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00070-CV**
_____

**KLM AVIATION, INC. AND STEVEN J. SMYTH, Appellants**

**V.**

**LC & AC HOLDINGS, LLC, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-04-05394-CV**

**MEMORANDUM OPINION**

Before the appellate court issued a decision in the appeal, KLM Aviation, Inc. and Steven J. Smyth, Appellants, and LC & AC Holdings, LLC, Appellee, filed a joint motion to dismiss this accelerated appeal in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

1

Submitted on April 13, 2022
Opinion Delivered April 14, 2022

Before Golemon, C.J., Kreger and Horton, JJ.